DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 2:15-mj-00598-PAL |
| Plaintiff, | Stipulation to Continue Preliminary Hearing Date (First Request) |
| vs. | |
| **LAFAYETTE HODGES** and **DERRICK JONES**, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel Bodgen, United States Attorney, Brandon C. Jaroch, Assistant United States Attorney, counsel for the United States of America and William Carrico, AFPD, and Shawn Perez, CJA, counsel for defendants LAFAYETTE HODGES and DERRICK JONES, respectively:

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR July 28, 2015, at 4:00 p.m. before U.S. Magistrate Peggy Lean be vacated and set to a time convenient for the Court, but no earlier than 14 days from the current setting.

. . .

. . .

. . .

This stipulation is entered into for the following reasons:

1. The government is still in the process of gathering and evaluating the discovery including numerous surveillance videos associated with the defendants' alleged crimes.
2. Counsel for the defendants and counsel for the government agree to the continuance.
3. The defendants are detained and agree to the continuance.
4. Denial of this request for continuance could result in a miscarriage of justice.
5. The additional time requested by this Stipulation is excludable in computing the time from the filing of the criminal complaint through which the government must assert an criminal Information or seek an Indictment by the Grand Jury pursuant to the Speedy Trial Act, Title 18, United States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).
6. This is the first request for a continuance.

Dated this 27th day of July, 2015.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ *Brandon C. Jaroch*
BRANDON C. JAROCH
Assistant United States Attorney

/s/ *William Carrico*
WILLIAM CARRICO
Counsel for LAFAYETTE HODGES

/s/ *Shawn Perez*
SHAWN PEREZ
Counsel for DERRICK JONES

DANIEL G. BOGDEN
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No.: 2:15-mj-00598-PAL |
| Plaintiff, | Stipulation to Continue Preliminary Hearing Date (First Request) |
| vs. | |
| **LAFAYETTE HODGES** and **DERRICK JONES**, | |
| Defendants. | |

### FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The period within which the government may assert an Information or seek an Indictment through the Grand Jury against the defendants is hereby extended from the date of the filing of the complaint up through and including August 11, 2015.

2. All parties agree to the continuance.

3. The defendants are detained and agree to the continuance.

4. The additional time requested by this Stipulation is excludable in computing the time within which the trial herein must commence pursuant to the Speedy Trial Act, Title 18, United

States Code Section 3161(h)(7)(A), when considering the factors under Title 18, United States Code, Sections 3161(h)(7)(B) and 3161(h)(7)(B)(iv).

5.      This is the first request to continue the preliminary hearing.

For all of the above-stated reasons, the end of justice would best be served by a continuance of the preliminary hearing.

## ORDER

IT IS ORDERED that the preliminary hearing currently scheduled for July 28, 2015, at 4:00 p.m. be vacated and continued to __August 18, 2015__, at the hour of 4:00 p.m.

DATED this 27th day of July 2015.

_____
UNITED STATES MAGISTRATE JUDGE